**FILED**

AUG 25 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| FRANCIS STEFFAN HAYES,<br><br>          Plaintiff-Appellant,<br><br>   v.<br><br>STATE OF OREGON; KATE BROWN, private capacity,<br><br>          Defendants-Appellees. | No. 20-35736<br><br>D.C. No. 1:20-cv-01332-CL<br>District of Oregon,<br>Medford<br><br>ORDER |

Before:   CANBY, FRIEDLAND, and VANDYKE, Circuit Judges.

The full court has been advised of the petition for rehearing en banc and no judge has requested a vote on whether to rehear the matter en banc. See Fed. R. App. P. 35.

Hayes's petition for rehearing en banc (Docket Entry Nos. 16 and 17) is denied.

No further filings will be entertained in this closed case.